IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRADLEY C. BURCHFIELD                         PLAINTIFF

v.                    No. 4:21-cv-339-DPM

CLARK, Deputy, Pulaski County Jail;
DOES, 1-4 NLRPD Officers, Nurse
with PCFD, Arkansas Bar Association
Members, General Assembly of Arkansas
Members                                            DEFENDANTS

## ORDER

1.    One-sided report of discovery disputes, *Doc. 14*, noted. Burchfield must respond to Clark's discovery requests—or notify Clark's lawyer if he believes any of the requests are improper under the Rules—by 19 November 2021. If Burchfield does not cooperate in discovery, then there will be adverse consequences for his case, including the possibility of dismissal. FED. R. CIV. P. 37(b)(2)(A); LOCAL RULE 5.5(c)(2).

2.    The Court directed Burchfield to identify Doe defendants. *Doc. 3*. None have been identified, and the time to do so has passed. The Doe defendants are dismissed without prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 October 2021