IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRADLEY C. BURCHFIELD                                          PLAINTIFF

v.                        No. 4:21-cv-339-DPM

CLARK, Deputy, Pulaski County Jail                           DEFENDANTS

## ORDER

Clark moves to dismiss Burchfield's claims for failure to participate in discovery and for failure to comply with the Court's 21 October 2021 Order directing him to do so. *Doc. 16*. Burchfield has had almost three months to fix the discovery problem. He hasn't done so or responded to Clark's motion. Unless Burchfield supplements his discovery responses by 28 January 2022, the Court will dismiss his complaint without prejudice for failure to prosecute. Status report from Clark due promptly after Burchfield's deadline.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 January 2022