IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRADLEY C. BURCHFIELD                        PLAINTIFF

v.                  No. 4:21-cv-339-DPM

CLARK, Deputy, Pulaski County Jail            DEFENDANTS

## ORDER

Burchfield has not participated in discovery, and the time to do so has passed. *Doc. 19.* Clark's motion to dismiss, *Doc. 16*, is granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 February 2022