IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRADLEY C. BURCHFIELD                                              PLAINTIFF

v.                           No. 4:21-cv-339-DPM

CLARK, Deputy, Pulaski County Jail;
ERIC HIGGINS, Sheriff, Pulaski County;
RODRIGUEZ, Detective, North Little
Rock Police Department; ASA
HUTCHINSON, Governor, Arkansas;
LESLIE RUTLEDGE, Attorney General,
Arkansas; JACK MA, Owner, Alibaba.com;
DAVID ZHANG, CEO, Alibaba.com;
JEFF BEZOS, Owner, Amazon.com;
TIMOTHY J. SHEA, DEA, Director;
GINA HASKELL, CIA, Director;
CHRISTOPHER WRAY, Director, FBI;
ROBERT R. REDFIELD, Director, CDC;
JAMES M. MURRAY, Director, U.S. Secret
Service; TRENT DANIELS, U.S. Prosecuting
Attorney/Deputy Prosecuting Attorney;
MERRICK GARLAND, U.S. Attorney General;
DEXTER PAYNE, Director, ADC; JERRY BRADSHAW,
Director, ACC; BRYAN ACHORN, United States
Prosecuting Attorney; AXCIOM CHEMICAL;
XINDU BIO-TECH; DOES, 1-4 NLRPD Officers,
Nurse with PCFD, Arkansas Bar Association
Members, General Assembly of Arkansas
Members                                                           DEFENDANTS

## JUDGMENT

Burchfield's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 February 2022