IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRADLEY C. BURCHFIELD                              PLAINTIFF

v.                    No. 4:21-cv-339-DPM

CLARK, Deputy, Pulaski County Jail            DEFENDANTS

### ORDER

Burchfield's motion for copies, *Doc. 22*, is granted. The Court directs the Clerk to send Burchfield a copy of the docket sheet and *Doc. 15, 18, 20, & 21*. This case is closed.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 April 2022